Warren Oller et al., Plaintiffs-Appellees, v. Scherer Freight Lines, Inc., etc., Defendant-Appellant.
Scherer Freight Lines, Inc., etc., Counterplaintiff-Appellant, v. Warren Oller et al., Counterdefendants-Appellees.

Gen. No. 10,328.

Third District.
May 16, 1961.

Earl S. Hodges, for appellant; Costigan, Wollrab & Yoder, for appellees. Opinion by JUSTICE ROETH. **Not to be published in full.**